UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LMD INTEGRATED LOGISTIC
SERVICES, INC., a Delaware
Corporation,

                    Plaintiff,

        v.

MERCER DISTRIBUTION SERVICES,
LLC, a Washington limited liability
company; and MERCER TRANSPORT,
LLC, a Washington limited liability
company,

                    Defendants.

CASE NO. C10-1381BHS

ORDER

This matter comes before the Court on the submission of the Special Master Steve Roberts' report. Dkt. 126.

On April 24, 2012, the Court filed the report on the electronic docket. *Id.* Pursuant to Fed. R. Civ. P. 53(f)(2), a party may file objections to – or a motion to adopt or modify – the master's report no later than 21 days after a copy is served, unless the court sets a different time. At the end of the bench trial, the Court stated that "if an evidentiary hearing is requested – that request should be made within 10 days following the filing of the audit." The Court's shortening of any portion of any time period is hereby **VACATED**. Any objection or motion shall be filed by May 15, 2012.

**IT IS SO ORDERED.**

DATED this 25th day of April, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER